UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

MARK L. BROWN,

Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

Defendant.

Case No. 3:15-cv-00622-LRH-(WGC)

ORDER

Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (ECF No. 25) entered on December 19, 2016, recommending denying plaintiff's Motion for Reversal and/or Remand (ECF No. 15) entered on June 6, 2016. On December 30, 2016, plaintiff filed his objections (ECF No. 26) and on January 13, 2017, defendant filed its response to objections (ECF No. 27).

The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered plaintiff's objections, the response of defendant, and the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (ECF No. 25) entered on December 19, 2016, should be adopted and accepted.

1

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (ECF No. 25) entered on December 19, 2016, is adopted and accepted, and plaintiff's Motion for Reversal and/or Remand (ECF No. 15) is DENIED.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment in this matter.

IT IS SO ORDERED.

DATED this 20th day of January, 2017.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE