AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

**** DISTRICT OF    NEVADA

MARK L. BROWN,

    Plaintiff,

V.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   3:15-cv-00622-LRH-WGC

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation (ECF No. 25) entered on December 19, 2016, is adopted and accepted, and plaintiff's Motion for Reversal and/or Remand (ECF No. 15) is DENIED.

January 23, 2017

**DEBRA K. KEMPI**
Clerk

/s/ D. R. Morgan
Deputy Clerk